B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                      Bankruptcy No. 19-10106AMC
    Ruth Gonzalez
        Debtor

    Ruth Gonzalez
        Plaintiff                                    Adversary No. 19-00172
        vs.
    The Bank of New York Mellon f/k/a The Bank
    of New York, as Trustee for CWHEQ Inc., Home
    Equity Loan Asset Backed Certificates, Series 2006-S10
        Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  Answer is due **10/04/2019**.

    Address of Clerk        U.S. Bankruptcy Court
                                    Robert N.C. Nix Building
                                    900 Market Street, Suite 400
                                    Philadelphia  PA  19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney    Joseph L. Quinn, Esquire
                                                      192 S. Hanover Street
                                                      Suite 101
                                                      Pottstown, PA 19464

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                       FOR THE COURT

                                                                       TIMOTHY B. MCGRATH
                                                                       CLERK



September 4, 2019

                                                                       By: s/ Antoinette Stevenson
                                                                       Deputy Clerk

Bankruptcy No. 19-10106AMC     Adversary No. 19-00172

## CERTIFICATE OF SERVICE

I, _____ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law:  The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____          _____
Date                                                                          Signature

Print Name          _____

Business Address    _____

City, State, Zip    _____