```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
Gonzalez,
         Plaintiff                                              Adv. Proc. No. 19-00172-amc

The Bank of New York Mellon f/k/a The Ba,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: TashaD              Page 1 of 1              Date Rcvd: Oct 10, 2019
                             Form ID: pdf900           Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
smg            +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,    Reading, PA 19601-4300
ust            +BRENDA D. GISH,   Office of United States Trustee - U.S. D,   Federal Building,
                 228 Walnut Street, 11th Floor,   Harrisburg, PA 17101-1714
pla            +Ruth Gonzalez,   4135 7th Ave,   Temple, PA 19560-1911
dft            +The Bank of New York Mellon f/k/a The Bank of New,   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2019 02:42:07
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 11 2019 02:42:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 11 2019 02:42:13     Frederic J. Baker,
                 Office of United States Trustee,   833 Chestnut Street,   Suite 500,
                 Philadelphia, PA 19107-4405
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Oct 11 2019 02:42:13     SHAKIMA L. DORTCH,
                 U.S. Dept. of Justice - U.S. Trustee,   844 N. King Street,   Suite 2207,
                 Wilmington, DE 19801-3519
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Oct 11 2019 02:42:13     United States Trustee,
                 228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 11 2019 02:42:13     United States Trustee,
                 Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Plaintiff Ruth  Gonzalez CourtNotices@rqplaw.com
              KERI P EBECK    on behalf of Defendant   The Bank of New York Mellon f/k/a The Bank of New York,
               as Trustee for CWHEQ Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10
                kebeck@bernsteinlaw.com,  jbluemle@bernsteinlaw.com
                                                                                              TOTAL: 2
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RUTH GONZALEZ<br><br>　　　　　　Debtor. | Lead Bankr. Case No. 19-10106-amc<br><br>Chapter 13 |
| RUTH GONZALEZ<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR CWHEQ, INC. HOME EQUITY LOAN ASSET BACKED CERTIFICATES, SERIES 2006-S10<br><br>　　　　　　Defendant | Adv. Pro. No. 19-00172-amc<br><br>Related to AP Doc. No. 1 |

**STIPULATED ORDER RESOLVING COMPLAINT TO DETERMINE THE VALIDITY OF THE LIEN HELD BY THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR CWHEQ INC., HOME EQUITY LOAN ASSET BACKED CERTIFICATES, SERIES 2006-S10**

　　　Now this _____ day of _____, 2019. Upon the Adversary filed in the above matter and upon statements of counsel, the parties agree as follows:

1. Plaintiff filed its Complaint to Determine the Validity of the Lien Pursuant to 11 U.S.C. §506 on September 4, 2019;

2. Defendant filed a secured proof of claim in the lead bankruptcy case no. 19-10106 at Clam No. 3 in the amount of $29,836.98;

3. In order to resolve the pending adversary complaint, the Defendant's proof of claim in the amount of $29,836.98 shall hereby be reclassified as an unsecured claim to be paid pursuant to the Chapter 13 plan dated September 4,2019 and any subsequent plan filed and confirmed;

4. The Defendant shall not be required to release its mortgage lien until the Plaintiff has completed her Chapter 13 plan and received a discharge at case no. 19-10106.

5. This Stipulation hereby resolves any and all claims against the Defendant by the Plaintiff as of the date of this Stipulation;

6. The Adversary shall hereby be marked settled and closed.

**Date: October 10, 2019**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

| | |
|---|---|
| /s/ *Keri P. Ebeck* | /s/ *Joseph L. Quinn* |
| Attorney for Defendant | Attorney for the Plaintiff |
| Keri P. Ebeck, PA ID No. 91298 | Joseph L. Quinn, Esquire, PA ID No. |
| Bernstein-Burkley P.C. | Ross, Quinn & Ploppert, P.C. |
| 707 Grant Street, Suite 2200 | 192 S. Hanover Street, Suite 101 |
| Gulf Tower | Pottstown, PA 19464 |
| Pittsburgh, PA 15219 | (610) 323-5300 |
| kebeck@bernsteinlaw.com | |
| (412) 456-8112 | |